UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PEDRO MARTINEZ CORTES,

Petitioner,

v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, et al.,

Respondents.

Case No.:  26-cv-404-RSH-MSB

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

On January 22, 2026, petitioner Pedro Martinez Cortes filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶ 29. The Court thereafter issued a briefing schedule. ECF No. 2.

On February 5, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Pedro Martinez Cortes before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***seven (7) days*** of this order as described above. To the extent

26-cv-404-RSH-MSB

Petitioner seeks to recover fees, he must do so by noticed motion in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. The Court **VACATES** the hearing date set for February 12, 2026.

   **IT IS SO ORDERED**.

Dated: February 5, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-404-RSH-MSB